In The Interest of: H.A.D., Missouri Children's Division, Respondent,

v.

J.L.B. (Father), Appellant.

No. WD 72026.

Missouri Court of Appeals, Western District.

Sept. 14, 2010.

William P. Devoy, Esq., Brookfield, MO, Gary L. Gardner, Esq., Jefferson City, MO, for appellant.

Frederick P. Tucker, Esq., Macon, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge Presiding, JAMES E. WELSH, J. and BRIAN WIMES, SP. J.

ORDER

PER CURIAM.

J.L.B. appeals the judgment terminating his parental rights to his daughter, H.A.D. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).